Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEYANIS PILA SANCHEZ,<br><br>                Petitioner,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of the United States Department of Homeland Security, *et al.*,<br><br>                Respondents. | 2:19-cv-01039-RAJ-BAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS<br><br>Note on Motion Calendar:<br><br>July 18, 2019 |

## **JOINT STIPULATION**

On July 8, 2019, this Court entered a temporary restraining order staying Petitioner Leyanis Pila Sanchez's removal and ordering Respondents to file a return and status report. Dkt. 6. Following that decision, on July 11, 2019, Ms. Pila received notice that U.S. Citizenship and Immigration Services reconsidered her credible fear determination and found that she had demonstrated a credible fear. The same day, Respondent U.S. Department of Homeland Security issued a Notice to Appear on Form I-862, placing Ms. Pila in removal proceedings before the immigration court. Accordingly,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as Petitioner now has an opportunity to present her application for asylum to the immigration court, the parties stipulate and agree that this matter is now moot and may be dismissed with prejudice and without costs or fees to either party. In addition, the Court's temporary stay per its July 8, 2019 Order (Dkt. No. 6) should be lifted.

Dated this 18th day of July, 2019.

*s/ Matt Adams*
MATT ADAMS, WSBA No. 28287
Email: matt@nwirp.org

*s/ Leila Kang*
LEILA KANG, WSBA No. 48048
Email: leila@nwirp.org

*s/ Aaron Korthius*
AARON KORTHUIS, WSBA No. 53974
Email: aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

*Attorneys for Petitioner*

Dated this 18th day of July, 2019.

BRIAN T. MORAN
United States Attorney

*s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

*Attorney for Respondents*

Stipulation and Order
2:19-cv-01039-RAJ-BAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated, IT IS ORDERED that the stipulation is granted. This matter is dismissed with prejudice and without fees or costs to either party as set forth above. The temporary stay is hereby lifted. The Clerk of the Court may close this case.

Dated this 19th day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Stipulation and Order
2:19-cv-01039-RAJ-BAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970